IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEC SERVICE COMPANY, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:14-cv-582 (AJT/TCB) |

## ORDER

This matter is before the Court on the Proposed Report and Recommendation [Doc. No. 12] of the Magistrate Judge recommending that default judgment be entered against JEC Service Company, Inc. ("Defendant") and in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund, in the amount of $2,518.71. No objection to the Proposed Findings of Fact and Recommendations have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that Plaintiff's motion for default judgment [Doc. No. 8] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered against Defendant in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund, in the amount of $274.92, which consists of $134.90 in liquidated damages and $140.02 in interest accrued at a rate of 12% per annum from the date due through the date of payment; $1,632.50 in attorneys' fees; $611.29 in costs, for a total award to Plaintiff Trustees of the Plumbers and

Pipefitters National Pension Fund of $2,518.71.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to Defendant JEC Service Company, Inc., at the following addresses:

> JEC Service Company, Inc.
> 110 K Street
> Boston, MA 02127
>
> Wayne Greenwood, President and Registered Agent
> JEC Service Company, Inc.
> 110 K Street
> Boston, MA 02127

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 15, 2014